374 A.2d 714

Commonwealth v. Ziegler, Appellant.

Argued September 16, 1976. Sylvia H. Rambo, Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents on the basis of his Dissenting Opinion in *Commonwealth v. Ferraro*, 237 Pa.Super. 268, 276, 352 A.2d 548 (1975).